# Exhibit A



# Office of the Secretary of State

March 02, 2015

A search of our records reveals the following information for the entity record selected.

Entity Name: EVRIDGE'S, INC.
Entity Type: Domestic For-Profit Corporation
Jurisdiction: TEXAS, USA
File Number: 64838500
Formation File Date: March 24, 1983 Effective: March 24, 1983

The status of the entity is in existence.

The name and address of the registered agent and office in Texas is:

GRANT  EVRIDGE
100 E COMMERCE
BRADY, TX 76825
USA

The entity recorded the following assumed name(s) with this office:

The entity has not recorded any assumed name certificates with this office.

The management information from our computer records lists:

| | |
|---|---|
| GRANT  EVRIDGE | BOX 950 |
| PRESIDENT | BRADY, TX 76825 |
| | USA |
| NANCY E EVRIDGE | BOX 950 |
| VICE PRESIDENT | BRADY, TX 76825 |
| | USA |

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB            TID: 10386                   Document: 593877170007