IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JAN 31 PM 12: 46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| EVRIDGES, INC., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CIVIL NO. A-15-CV-179-LY |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On January 27, 2017, the parties filed a Rule 41(a) Stipulation of Voluntary Dismissal with Prejudice (Doc. #38), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _31st_ day of January, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE